| | |
|---|---|
| **LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**<br>Robert F. Purdy (NV Bar No. 6097)<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>Telephone: (702) 382-2800<br>Facsimile: (702) 382-7438<br>Robert.purdy@andrewleavittlaw.com<br><br>Jonathan M. Shapiro<br>**AETON LAW PARTNERS LLP**<br>311 Centerpoint Drive<br>Middletown, Connecticut 06475<br>Telephone: (860) 724.2160<br>jms@aetonlaw.com | **FREED KANNER LONDON & MILLEN LLC**<br>Matthew W. Ruan (*pro hac vice* forthcoming)<br>Douglas A. Millen (*pro hac vice* forthcoming)<br>Michael E. Moskovitz (*pro hac vice* forthcoming)<br>Nia Barberousse Binns (*pro hac vice* forthcoming)<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>Telephone: (224) 632-4500<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com |

[Additional counsel listed on signature page.]

*Attorneys for Plaintiffs in Courtmanche v. Permian Resources, Corp., et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW CAPLEN INSTALLATIONS LLC, and EDWARD ALLEGRETTI, D/B/A ALFRED AUTO CENTER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>                Defendants. | Case No.: 2:24-cv-00150--GMN-MDC<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42.1**<br><br>**RELATED CASE NOS.:**<br>2:24-cv-00103-GMN-MDC<br>2:24-cv-00164-GMN-MDC<br>2:24-cv-00198-JAD-MDC<br>2:24-cv-00253-JCM-MDC<br>2:24-cv-00279-APG-EJY |

1

Plaintiffs Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins LLC, individually and on behalf of all others similarly situated in *Courtmanche et al. v. Permian Resources Corp., et al.*, hereby file this Notice of Related Cases.

I. **Title and Case Number of Each Possibly Related Action:**

- *Rosenbaum v. Permian Resources Corp, et al.*, No. 2:24-cv-00103-GMN-MDC, filed January 12, 2024 (the "*Rosenbaum* Action").
- *Andrew Caplen Installations LLC v. Permian Resources Corp, et al.*, No. 2:24-cv-00150-GMN-MDC, filed January 22, 2024 (the "Caplen Action").
- *These Paws Were Made For Walkin' LLC v. Permian Resources Corp, et al.*, No. 2:24-cv-00164-GMN-MDC, filed January 24, 2024 (the "*These Paws Were Made for Walkin'* Action").
- *Courtmanche et al. v. Permian Resources Corp, et al.*, No. 2:24-cv-00198-JAD-MDC, filed January 29, 2024 (the "*Courtmanche* Action").
- *Mellor v. Permian Resources Corp, et al.*, No. 2:24-cv-00253-JCM-DJA, filed February 6, 2024 (the "*Mellor* Action").
- *Santillo v. Permian Resources Corp, et al.*, No. 2:24-cv-00279-APG-EJY, filed February 8, 2024 (the "*Santillo* Action").

II. **These Cases Should Be Related as They Involve Similar Questions of Fact and the Same Question of Law, So Their Assignment to the Same District Judge or Magistrate Judge Will Likely Result in a Substantial Savings of Judicial Effort.**

The six actions referenced above, including the *Courtmanche* Action, are related because they all involve the same claims, are based on the same underlying conduct, and were brought against the same defendants on behalf of related putative classes—consumers of petroleum products derived from crude oil (*i.e.*, gasoline, diesel, and home heating oil). The complaints in five of the six cases assert the same forty-six antitrust, unfair competition, and consumer protection claims (the sixth case, the *Mellor* Action, asserts the same claims but on behalf of a smaller subset of states); all six cases assert these claims against the same eight defendants: Permian Resources Corporation f/k/a Centennial Resource Development Inc.; Chesapeake Energy Corporation; Continental Resources Inc.; Diamondback Energy, Inc.; EOG

2

Resources, Inc.; Hess Corporation; Occidental Petroleum Corporation; and Pioneer Natural Resources Company. Each complaint makes substantially similar allegations, and each case will ultimately involve substantially similar facts and evidence, involving Defendants' conspiracy to restrict the production of shale which, in turn, artificially inflated the price of gasoline, diesel, home heating oil, and marine fuel sold to consumers in the United States.

The only difference between the six actions is that plaintiffs in the *Courtmanche* Action and *Santillo* Action bring these claims on behalf of purchasers of home heating oil, whereas plaintiffs in the *Rosenbaum* Action brings their claims on behalf of purchasers of gasoline and diesel fuel for personal use, plaintiffs in the *Caplen* Action and the *These Paws Were Made For Walkin'* Action bring their claims on behalf of purchasers of gasoline and diesel fuel for commercial use, and plaintiff in the *Mellor* Action brings his claims on behalf of purchasers of commercial marine fuel.

For these reasons, the legal and factual questions at issue in these six cases overlap such that assignment to a single district judge will promote judicial efficiency and prevent inconsistent results. Further, given the similarities and likelihood of overlap between class members, relating these actions would be far more efficient than keeping them separate.

Dated: February 12, 2024

By:   */s/ Robert F. Purdy*
Robert F. Purdy (NV Bar No. 6097)
633 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-2800
Facsimile: (702) 382-7438
Robert.Purdy@andrewleavittlaw.com

*Local Counsel for Plaintiffs and the Proposed Classes*

Matthew W. Ruan
Douglas A. Millen
Michael E. Moskovitz
Nia-Imara Binns
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069

Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

Kimberly A. Justice
Jonathan M. Jagher
**FREED KANNER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Jonathan M. Shapiro
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

*Counsel for Plaintiffs and the Proposed Classes*